# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 15-55205 |
| | : | Chapter 7 (Judge Preston) |
| JASMINE L. KING | : | |
| | : | |
| State of Ohio, Department of Job and Family Services | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 15-ap-02211 |
| | : | |
| Jasmine L. King | : | |
| | : | |
| Defendant. | : | |

## CERTIFICATE OF SERVICE OF SUMMONS AND COMPLAINT
## <u>ON DEBTOR'S COUNSEL</u>

Please take notice that pursuant to the requirements of Rule 7004(g) of the Federal Rules of Bankruptcy Procedure, a copy of the Complaint and Summons in this matter was served by Regular U.S. Mail, postage pre-paid, on Debtor's counsel, M. Sean Cydrus, 4449 Easton Way, Second Floor, Columbus, OH 43219, on November 16, 2015.

Respectfully submitted,

/s/ Erin M. Dooley
Charles A. Mifsud (0070498)
Special Counsel to the Attorney General
Erin M. Dooley (0089092)
THE LAW OFFICE OF CHARLES MIFSUD, LLC
6305 Emerald Parkway
Dublin, OH 43016
Telephone: (614) 389-6401
Facsimile: (614) 389-2294
Erin.Dooley@mifsudlaw.com
Attorneys for Plaintiff State of Ohio,
Dept. of Job and Family Services